UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSALIE BERGERON . | * | CIVIL ACTION NO. 02-CV-145 |
| VERSUS | * | MDL NO. 02-20136 |
| AMERICAN HOME PRODUCTS CORPORATION, ET AL. | * | HONORABLE HARVEY BARTLE, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL

NOWNOW INNOW INTONOW INTO NOW INTO COURNOW INTO COURT, through undersigned cou CorporationCorporation (hereinafter sometimes referred to as  SmithKline ), upon representing Corporation (herei SmithKlineSmithKline desires to substitute Charles M. Steen with the law firm of Steen, McShane & Williamson,Williamson, L.LWilliamson, L.L.C., in pWilliamson, L.L.C., in place of Stephanie G. McShan Beecham Corporation.

WHERWHEREFORE,WHEREFORE, SWHEREFORE, SmithKline Beecham Corporation respectfully anan Order substituting Charles M. Steen with the law firman Order substituting Charles M. Steen with the law fir in place of Stephanie G. McShane as counsel of record for SmithKline Beecham Corporation.

Respectfully submitted,

STEEN, McSHANE & WILLIAMSON, L.L.C.

_____
CHARLES M. STEEN, T.A. (#12420)
MARIE RUDD POSEY (#22534)
1250 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-1250
Telephone: (504) 599-8440

COUNSEL FOR SMITHKLINE
BEECHAM CORPORATION

## CERTIFICATE OF SERVICE

II do herebyI do hereby certify that I have on this _____I do hereby certify that I have on this _____ ofof the foregoing pleading, by mailing the same by United States Mail,of the foregoing pleading, by mailing the s classclass postage prepaid, or by hand delivery on counsel for allclass postage prepaid, or by hand delivery on coun all parties.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSALIE BERGERON . | * | CIVIL ACTION NO. 02-CV-145 |
| VERSUS | * | MDL NO. 02-20136 |
| AMERICAN HOME PRODUCTS CORPORATION, ET AL. | * | HONORABLE HARVEY BARTLE, III |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING Motion to Substitute Counsel;

ITIT ISIT IS HEREBY ORDERED that Charles M. Steen with the law firm of Steen, McShane & Williamson,Williamson, L.L.C., be, and is hereby, enrolled as counsel of recordWilliamson, L.L.C., be, and Corporation,Corporation, and Stephanie G. McShane is deleted as counsel of record foCorporation, and Stephan Corporation,

Philadelphia, Pennsylvania this _____ day of _____, 2002.

_____
J U D G E