```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: DIET DRUGS                       :    MDL NO. 1203
(PHENTERMINE/FENFLURAMINE/              :
DEXFENFLURAMINE)                        :
PRODUCTS LIABILITY LITIGATION           :
                                        :
THIS DOCUMENT RELATES TO:               :
----------------------------------------:
CYNTHIA ACOSTA, et al.                  :
     v.                                 :    CIVIL ACTION NO. 02-20143
WYETH, et al.                           :
ROSALIE BERGERON, et al.                :
     v.                                 :    CIVIL ACTION NO. 02-20136
WYETH, et al.                           :
KAREN BILLINGSLY, et al.                :
     v.                                 :    CIVIL ACTION NO. 04-25058
WYETH, et al.                           :
LANA BOND                               :
     v.                                 :    CIVIL ACTION NO. 04-21919
WYETH, et al.                           :
GALE BOUCHILLON, et al.                 :
     v.                                 :    CIVIL ACTION NO. 04-27039
WYETH, et al.                           :
BETH BRANCH, et al.                     :
     v.                                 :    CIVIL ACTION NO. 04-25106
WYETH, et al.                           :
TARUS BURRELL                           :
     v.                                 :    CIVIL ACTION NO. 04-21364
WYETH, et al.                           :
ANNIE CALLIHAN                          :
     v.                                 :    CIVIL ACTION NO. 04-21754
WYETH, et al.                           :
PAMELA CHAPMAN, et al.                  :
     v.                                 :    CIVIL ACTION NO. 04-25095
WYETH, et al.                           :
ROSALYN DAIGLE, et al.                  :
     v.                                 :    CIVIL ACTION NO. 03-20130
WYETH, et al.                           :
PATTI FORD, et al.                      :
     v.                                 :    CIVIL ACTION NO. 04-24045
WYETH, et al.                           :
JOANN FORISTER, et al.                  :
     v.                                 :    CIVIL ACTION NO. 02-20204
WYETH, et al.                           :
KAREN FRANK, et al.                     :
     v.                                 :    CIVIL ACTION NO. 04-26163
WYETH, et al.                           :
GAIL MARY FRAZIER                       :
     v.                                 :    CIVIL ACTION NO. 98-20684
WYETH, et al.                           :
```

| | |
|---|---|
| MARTHA GREEN, et al.<br>    v.<br><u>WYETH, et al.</u> | CIVIL ACTION NO. 03-20234 |
| PEGGY MARTINEZ, et al.<br>    v.<br><u>WYETH, et al.</u> | CIVIL ACTION NO. 02-20135 |
| EDDIE NICHOLSON, et al.<br>    v.<br><u>WYETH, et al.</u> | CIVIL ACTION NO. 02-20211 |
| ERISTIS POINDEXTER<br>    v.<br><u>WYETH, et al.</u> | CIVIL ACTION NO. 04-25091 |
| PAULA POMAMSKY, et al.<br>    v.<br><u>WYETH, et al.</u> | CIVIL ACTION NO. 02-20252 |
| JERRY SUBLET<br>    v.<br><u>WYETH, et al.</u> | CIVIL ACTION NO. 04-24043 |
| SHARRON TURNER<br>    v.<br><u>WYETH, et al.</u> | CIVIL ACTION NO. 04-25087 |
| ESTATE OF ANNIE LOIS WREN<br>    v.<br><u>WYETH, et al.</u> | CIVIL ACTION NO. 04-21678 |
| FAY MINNIE WREYFORD<br>    v.<br><u>WYETH, et al.</u> | CIVIL ACTION NO. 04-20799 |

**PRETRIAL ORDER NO. _____**

AND NOW, this \_\_\_ day of June, 2005, it is hereby ORDERED that the motions of counsel for plaintiffs in the above-captioned actions to withdraw as counsel are DENIED without prejudice. See <u>Hargrove v. City of Philadelphia</u>, Civ.A. No. 93-5760, 1995 WL 550441 (E.D. Pa. Sept. 15, 1995); <u>Greene v. Rubin</u>, Civ.A. No. 95-2415, 1995 WL 723188 (E.D. Pa. Dec. 5, 1995); E.D. Pa. R. Civ. P. 5.1 (2005).

                                            BY THE COURT:

                                            _____
                                                                              J.